UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, EASTERN DIVISION

| | |
|---|---|
| FITZROY L. BROWN, INDIVIDUALLY AND AS TRUSTEE OF THE OWENA O. DUNN FAMILY TRUST, DATED AUGUST 29, 2002<br>　　　　　　　Plaintiff,<br>　　　v.<br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P., BAC HOME LOANS SERVICING, L.P., F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P., AND HARMON LAW OFFICES, P.C,<br>　　　　　　　Defendants. | Civil Action No. 13-13256 |

## **DEFENDANT BANK OF AMERICA, N.A.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bank of America, N.A., by counsel of record, hereby states as follows:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes　　　(X) No

2. Does party have any parent corporations?

    (X) Yes　　　( ) No

    a)　Bank of America, N.A. is a privately held company, wholly owned by BANA Holding Corporation (not publicly traded).

    b)　In turn, BANA Holding Corporation is wholly owned by BAC North America Holding Company (not publicly traded).

    c)　BAC North America Holding Company is wholly owned by NB Holdings Corporation (not publicly traded).

        d)     NB Holding Corporation is wholly owned by Bank of America Corporation, which is publicly traded.

3. Is 10% or more of the stock of a party owned by publicly held corporation or other publicly held entity?

       ( ) Yes    ( X) No

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

       ( ) Yes    (X) No

Dated:  December 23, 2013

BANK OF AMERICA, N.A.
By its attorneys,

*/s/ Ryan M. Cunningham*
Stephen C. Reilly, BBO #555371
Ryan M. Cunningham, BBO #661440
SALLY & FITCH LLP
One Beacon Street
Boston, MA 02108
617-542-5542
scr@sally-fitch.com
rmc@sally-fitch.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to the party listed below, postage prepaid, on December 23, 2013.

FITZROY L. BROWN, INDIVIDUALLY
AND AS TRUSTEE OF THE OWENA O. DUNN
FAMILY TRUST, DATED AUGUST 29, 2002
27 Ramsdell Avenue
Roslindale, MA 02131

/s/ *Ryan M. Cunningham*
Ryan M. Cunningham